## No. 6906.

### J. G. DOBBINS vs. PATRICK LYONS ET AL.

In a suit against a principal and surety on a bond, the amount of the bond determines the jurisdiction of the appellate court as to the surety. The fact that the demand against the surety was joined with a larger demand against the principal cannot give jurisdiction of the former to the appellate court.

Damages for injuries caused by the personal and individual acts of a tutor cannot be recovered from the minor's estate.

Acts of violence and trespass committed by the party injoining, not the consequences of the injunction, but personal acts outside of it, are not covered by the bond, and a suit for damages occasioned thereby is an action *ex delicto,* and is prescribed in one year.

APPEAL from the Sixth District Court of New Orleans.   RIGHTOR, J.

*Gilmore* for Plaintiff.   *Cotton & Levy* for Defendants Appellants.

EGAN, J., delivered the opinion, reversing the judgment.